■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JOHNSON, Appellant. [665 NYS2d 345] —Appeal from a judgment of the County Court of Franklin County (Main, Jr.,

J.), rendered November 4, 1996, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

While an inmate at Bare Hill Correctional Facility in Franklin County, defendant was indicted for the crime of promoting prison contraband in the first degree after he was found in possession of a nine-inch sharpened metal rod. He subsequently pleaded guilty to attempted promoting prison contraband in the first degree in full satisfaction of the indictment and was sentenced as a second felony offender to a prison term of 1½ to 3 years. Defense counsel now seeks to be relieved as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. We agree. The record reflects that defendant entered a knowing, intelligent and voluntary plea of guilty and was sentenced in accordance with the plea agreement and the relevant statutory requirements. The judgment is, therefore, affirmed and defense counsel's application for leave to withdraw as counsel is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Mikoll, Casey, Yesawich Jr. and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.